UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
MCCUNE, CHARLES § Case No. 13-00026
MCCUNE, BARBARA §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE U.S. BANKRUPTCY COURT
219 S. DEARBORN STREET
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 02/07/2014 in Courtroom 240,
United States Courthouse
Old Kane County Courthouse
100 S. Third Street, Geneva, IL  60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: _____

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL 60187

UST Form 101-7-NFR (10/1/2010) (Page: 1)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

MCCUNE, CHARLES
MCCUNE, BARBARA

Case No. 13-00026

Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 12,764.39 |
| and approved disbursements of | $ | 144.52 |
| leaving a balance on hand of[1] | $ | 12,619.87 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | Capital One Auto Finance | $ 28,728.27 | $ 28,728.27 | $ 0.00 | $ 0.00 |
| | Total to be paid to secured creditors | | | $ | 0.00 |
| | Remaining Balance | | | $ | 12,619.87 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 1,926.17 | $ 0.00 | $ 1,926.17 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,926.17 |
| Remaining Balance | | $ | 10,693.70 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 89,034.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC Assignee | $ 25,319.62 | $ 0.00 | $ 3,041.09 |
| 2 | Atlas Acquisitions LLC Assignee | $ 5,518.19 | $ 0.00 | $ 662.78 |
| 3 | Discover Bank | $ 1,288.78 | $ 0.00 | $ 154.79 |
| 4 | Discover Bank | $ 5,753.33 | $ 0.00 | $ 691.02 |
| 5 | Asset Acceptance LLC | $ 22,960.87 | $ 0.00 | $ 2,757.78 |
| 7 | LVNV Funding, LLC its successors and assigns as | $ 28,193.22 | $ 0.00 | $ 3,386.24 |
| | Total to be paid to timely general unsecured creditors | | $ | 10,693.70 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Thomas E. Springer
Trustee

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                              Case No. 13-00026-CAD
Charles McCune                                                      Chapter 7
Barbara McCune
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: cmendoza1              Page 1 of 2                  Date Rcvd: Jan 21, 2014
                              Form ID: pdf006              Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 23, 2014.
db/jdb        +Charles McCune,    Barbara McCune,    44 W 587 Cochise Dr.,   Maple Park, IL 60151-8858
19875090       ARS National Services, Inc.,    270 West 2nd Ave.,   Escondido, CA 92025-4147
20471323      +Atlas Acquisitions LLC Assignee,    of Chase Bank USA, N.A.,   294 Union St.,
                Hackensack, NJ 07601-4303
20471324      +Atlas Acquisitions LLC Assignee,    of Washington Mutual Bank NA,   294 Union St.,
                Hackensack, NJ 07601-4303
19875092      +Blatt Hasenmiller Leibsker & Moore,    125 South Wacker Dr. Suite 400,   Chicago, IL 60606-4440
19875093      +Bradley Sayad,    5 East Van Buren, Suite 214,   Joliet, IL 60432-4224
19875095      +CBCS,    Po Box 2334,   Columbus, OH 43216-2334
19875098     ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court:  Citibank Sd, Na,    Attn: Centralized Bankruptcy,   Po Box 20507,
                Kansas City, MO 64195)
19875096      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
19875097      +Chase Mht Bk,    Attention: Bankruptcy,   Po Box 15298,   Wilmington, DE 19850-5298
19875102      +FMA Alliance, Ltd.,    Attn.: Bankruptcy Dept.,   12339 Cutten Rd.,   Houston, TX 77066-1807
19875103      +GS Services Limited Partnership,    Collection Agency Division,   6330 Gulfton,
                Houston, TX 77081-1108
19875104      +Harris N.a.,    3800 Golf Rd Ste. 300,   Rolling Meadows, IL 60008-4037
19875108     #+Nationwide Credit, Inc.,    1150 East University Dr.,   First Floor,   Tempe, AZ 85281-8674

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20524739      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jan 22 2014 01:29:53      Asset Acceptance LLC,
                assignee BANK OF AMERICA,    PO Box 2036,   Warren, MI 48090-2036
19875091      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jan 22 2014 01:29:53      Asset Acceptance Llc,
                Po Box 1630,    Warren, MI 48090-1630
19955005      +E-mail/Text: bnc@atlasacq.com Jan 22 2014 01:28:47      Atlas Acquisitions LLC,   294 Union St.,
                Hackensack, NJ 07601-4303
19922448      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jan 22 2014 01:34:26
                Capital One Auto Finance,    c/o Ascension Capital Group,   P.O. Box 201347,
                Arlington, TX 76006-1347
20769184      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jan 22 2014 01:34:28
                Capital One Auto Finance,    a division of Capital One, N.A.,   PO Box 201347,
                Arlington TX 76006-1347
19875094      +E-mail/Text: coafinternalbkteam@capitaloneauto.com Jan 22 2014 01:31:47
                Capital One Auto Finance,    3905 N Dallas Pkwy,   Plano, TX 75093-7892
20471424       E-mail/PDF: mrdiscen@discoverfinancial.com Jan 22 2014 01:34:07      Discover Bank,
                DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
19875100      +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 22 2014 01:34:07      Discover Financial,
                Attention: Bankruptcy Department,    Po Box 3025,   New Albany, OH 43054-3025
19875101      +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 22 2014 01:34:07      Discover Financial Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
20826635       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 22 2014 01:33:24
                LVNV Funding, LLC its successors and assigns as,    assignee of Chase Bank USA, N.A.,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
19875105      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 22 2014 01:33:24      Lvnv Funding Llc,
                Po Box 740281,    Houston, TX 77274-0281
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19875099*    ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court:  Citibank Sd, Na,    Attn: Centralized Bankruptcy,   Po Box 20507,
                Kansas City, MO 64195)
19875109*    ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court:  Unvl/citi,    Attn.: Centralized  Bankruptcy,   Po Box 20507,
                Kansas City, MO 64195)
19875106*     +Lvnv Funding Llc,    Po Box 740281,   Houston, TX 77274-0281
19875107*     +Lvnv Funding Llc,    Po Box 740281,   Houston, TX 77274-0281
                                                                                   TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the filed notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-1          User: cmendoza1              Page 2 of 2                  Date Rcvd: Jan 21, 2014
                              Form ID: pdf006              Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2014                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2014 at the address(es) listed below:
              Jon N. Dowat    on behalf of Joint Debtor Barbara   McCune tobadmin@comcast.net,
               atty_dowat@bluestylus.com
              Jon N. Dowat    on behalf of Debtor Charles   McCune tobadmin@comcast.net,
               atty_dowat@bluestylus.com
              Meredith S Fox    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas E Springer     tspringer@springerbrown.com,
               tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com
                                                                                             TOTAL: 5
```