UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                          §
                                §
MCCUNE, CHARLES                 §     Case No. 13-00026
MCCUNE, BARBARA                 §
                                §
                                §
        Debtor(s)               §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:    CHAPTER 7 ADMIN. FEES    AND CHARGES    (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER    ADMIN. FEES AND    CHARGES (from **Exhibit 5**) |  |  |  |  |
|    PRIORITY UNSECURED    CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on             . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____     By:/s/THOMAS E. SPRINGER, TRUSTEE_____
                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Capital One Auto Finance 3905 N Dallas Pkwy Plano, TX 75093 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris N.a. 3800 Golf Rd Ste. 300 Rolling Meadows, IL 60008 | | | | | |
| 6 | CAPITAL ONE AUTO FINANCE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Asset Acceptance Llc Po Box 1630 Warren, MI 48090 | | | | | |
| | Bradley Sayad 5 East Van Buren, Suite 214 Joliet, IL 60432 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Mht Bk Attention: Bankruptcy Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Discover Financial Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | | | | |
| | Discover Financial Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Lvnv Funding Llc Po Box 740281 Houston, TX 77274 | | | | | |
| | Lvnv Funding Llc Po Box 740281 Houston, TX 77274 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lvnv Funding Llc Po Box 740281 Houston, TX 77274 | | | | | |
| | Unvl/citi Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| 5 | ASSET ACCEPTANCE LLC | | | | | |
| 2 | ATLAS ACQUISITIONS LLC ASSIGNEE | | | | | |
| 1 | Atlas Acquisitions Llc Assignee | | | | | |
| 3 | DISCOVER BANK | | | | | |
| 4 | DISCOVER BANK | | | | | |
| 7 | Lvnv Funding, Llc Its Successors An | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No.: | 13-00026   CAD   Judge: Carol A. Doyle | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | MCCUNE, CHARLES | Date Filed (f) or Converted (c): | 01/02/13 (f) |
|  | MCCUNE, BARBARA | 341(a) Meeting Date: | 02/11/13 |
| For Period Ending: | 05/13/14 | Claims Bar Date: | 08/08/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Primary Residence - 44W587 Cochise Dr., Maple Park | 139,000.00 | 0.00 | | 0.00 | FA |
| 2. Old Second Checking Account | 4,435.00 | 0.00 | | 0.00 | FA |
| 3. Old Second Checking Account | 29.20 | 0.00 | | 0.00 | FA |
| 4. Old Second Checking Account | 21.98 | 0.00 | | 0.00 | FA |
| 5. Bedroom set, dining room set, living room set, desk, television and appliances | 2,100.00 | 0.00 | | 0.00 | FA |
| 6. Work and weekend apparel | 425.00 | 0.00 | | 0.00 | FA |
| 7. Debtor's Mothers Metlife Insurance payout | 3,620.75 | 0.00 | | 0.00 | FA |
| 8. Scottrade IRA | 38,477.39 | 0.00 | | 0.00 | FA |
| 9. Scottrade Roth IRA | 4,982.54 | 0.00 | | 0.00 | FA |
| 10. Ameriprise Traditional IRA | 9,232.49 | 0.00 | | 0.00 | FA |
| 11. Lucent Technologies 401(k) | 18,539.31 | 0.00 | | 0.00 | FA |
| 12. 28 shares of Comcast | 1,002.68 | 88.95 | | 1,091.63 | FA |
| 13. 48 shares of Metlife stock | 1,535.52 | 1,124.38 | | 1,870.86 | FA |
| 14. 48.939 shares IBM Stock | 9,284.71 | 9,284.71 | | 9,801.90 | FA |
| 15. 2011 Subaru Outback - 39,000 miles | 14,624.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $247,310.57 | $10,498.04 | | $12,764.39 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final Report submitted 1/3/14

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 13-00026  CAD  Judge: Carol A. Doyle | Trustee Name: THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | MCCUNE, CHARLES | Date Filed (f) or Converted (c): 01/02/13 (f) |
| | MCCUNE, BARBARA | 341(a) Meeting Date: 02/11/13 |
| | | Claims Bar Date: 08/08/13 |

Initial Projected Date of Final Report (TFR): 01/30/13    Current Projected Date of Final Report (TFR): 01/03/14

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 13-00026 -CAD |
| Case Name: | MCCUNE, CHARLES |
| | MCCUNE, BARBARA |
| Taxpayer ID No: | *******9873 |
| For Period Ending: | 05/13/14 |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9536 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/29/13 | 14 | C.M. McCune<br>44W587 Cochise Drive<br>Maple Park, IL 60151 | Liquidation of Personal Property | 1129-000 | 9,801.90 | | 9,801.90 |
| 03/29/13 | 12 | C.M. McCune<br>44W587 Cochise Drive<br>Maple Park, IL 60151 | Liquidation of Personal Property | 1129-000 | 1,091.63 | | 10,893.53 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.67 | 10,877.86 |
| 05/17/13 | 13 | Charles M. McCune<br>44 W 587 Cochise Drive<br>Maple Park, IL 60151-8858 | Liquidation of Personal Property | 1129-000 | 1,870.86 | | 12,748.72 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.52 | 12,731.20 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.32 | 12,712.88 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.90 | 12,693.98 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.87 | 12,675.11 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.24 | 12,656.87 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.82 | 12,638.05 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.18 | 12,619.87 |
| * 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 18.76 | 12,601.11 |
| * 01/28/14 | | Reverses Adjustment OUT on 01/08/14 | BANK SERVICE FEE | 2600-003 | | -18.76 | 12,619.87 |
| 02/18/14 | 001000 | THOMAS E. SPRINGER, TRUSTEE<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Chapter 7 Compensation/Expense | 2100-000 | | 1,926.17 | 10,693.70 |
| 02/18/14 | 001001 | Atlas Acquisitions LLC Assignee<br>of Chase Bank USA, N.A.<br>294 Union St.<br>Hackensack, NJ 07601 | Claim 1, Payment 12.01080% | 7100-900 | | 3,041.09 | 7,652.61 |
| 02/18/14 | 001002 | Atlas Acquisitions LLC Assignee | Claim 2, Payment 12.01082% | 7100-900 | | 662.78 | 6,989.83 |
| | | | Page Subtotals | | 12,764.39 | 5,774.56 | |

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 13-00026 -CAD | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | MCCUNE, CHARLES | Bank Name: | ASSOCIATED BANK |
| | MCCUNE, BARBARA | Account Number / CD #: | *******9536 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9873 | | |
| For Period Ending: | 05/13/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | of Washington Mutual Bank NA<br>294 Union St.<br>Hackensack, NJ 07601 | | | | | |
| 02/18/14 | 001003 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 3, Payment 12.01058% | 7100-900 | | 154.79 | 6,835.04 |
| 02/18/14 | 001004 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 4, Payment 12.01078% | 7100-900 | | 691.02 | 6,144.02 |
| 02/18/14 | 001005 | Asset Acceptance LLC<br>assignee BANK OF AMERICA<br>PO Box 2036<br>Warren, MI 48090 | Claim 5, Payment 12.01078% | 7100-900 | | 2,757.78 | 3,386.24 |
| 02/18/14 | 001006 | LVNV Funding, LLC its successors and assigns as assignee of Chase Bank USA, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 7, Payment 12.01083% | 7100-900 | | 3,386.24 | 0.00 |

Page Subtotals   0.00   6,989.83

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 13-00026 -CAD | |
| Case Name: | MCCUNE, CHARLES | |
| | MCCUNE, BARBARA | |
| Taxpayer ID No: | *******9873 | |
| For Period Ending: | 05/13/14 | |

| | | |
|---|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******9536  Checking Account (Non-Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 12,764.39 | 12,764.39 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 12,764.39 | 12,764.39 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 12,764.39 | 12,764.39 | |
| | | | | | | NET | ACCOUNT |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | | Checking Account (Non-Interest Earn - *******9536 | | 12,764.39 | 12,764.39 | 0.00 |
| | | | | | ----------------------- | ----------------------- | ----------------------- |
| | | | | | 12,764.39 | 12,764.39 | 0.00 |
| | | | | | ============== | ============== | ============== |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*